IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORVIN N. HOWARD
Reg. #10549-025                                                    PETITIONER

v.                          No. 2:17-cv-37-DPM

BEASLEY, Warden, FCI Forrest City Medium          RESPONDENT

ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Howard's petition will be dismissed without prejudice for lack of subject matter jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 September 2017