IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CORVIN N. HOWARD
Reg. #10549-025                                              PETITIONER

v.                          No. 2:17-cv-37-DPM

BEASLEY, Warden, FCI Forrest City Medium        RESPONDENT

JUDGMENT

Howard's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2017